4400.0057

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| NAOMI DAVIS, Individually and as Administrator of the Estate of Robert Davis, D.D.S., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **Civil Action File No.:** 1:18-CV-01732-SCJ |
| MARRIOTT INTERNATIONAL INC. d/b/a Atlanta Marriott Marquis, BLACK DIAMOND BGWB14 INC., NATIONAL DENTAL ASSOCIATION, COLGATE-PALMOLIVE COMPANY, and John Does 1-2, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT, BLACK DIAMOND BGWB14, INC.'S DEMAND FOR TWELVE PERSON JURY

COMES NOW Black Diamond BGWB14, Inc., named as a defendant in the Complaint of Plaintiff, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, Rule 38, and hereby demands a trial by jury of twelve persons.

*(Signature on following page)*

Respectfully submitted this  8th  day of  May , 2018.

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road      */s/ Candis R. Jones*
Atlanta, Georgia 30326          Matthew G. Moffett
Telephone:  (404) 870-7436      Georgia State Bar No.:  515323
Facsimile:  (404) 870-1030      Candis R. Jones
Email:      mmoffett@grsmb.com  Georgia State Bar No.:  636218
            cjones@grsmb.com    *Attorneys for Black Diamond*

4400.0057

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAOMI DAVIS, Individually and as Administrator of the Estate of Robert Davis, D.D.S., ) ) ) ) Plaintiff, ) ) v. ) ) MARRIOTT INTERNATIONAL INC. d/b/a Atlanta Marriott Marquis, BLACK DIAMOND BGWB14 INC., NATIONAL DENTAL ASSOCIATION, COLGATE-PALMOLIVE COMPANY, and John Does 1-2, ) ) ) ) ) ) ) ) ) Defendants. ) | **Civil Action File No.:** 1:18-CV-01732-SCJ |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the foregoing ***Defendant Black Diamond BGWB14 Inc.'s Demand for Twelve Person Jury*** upon all counsel of record by electronic mail and depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

| | |
|---|---|
| Stacey A. Carroll, Esq.<br>**CARROLL LAW FIRM LLC**<br>9040 Roswell Road<br>Suite 310<br>Atlanta, GA 30350 | James W. Hardee, Esq.<br>David A. Olson, Esq.<br>**FAIN MAJOR & BRENNAN, P.C.**<br>100 Glenridge Point Parkway, Suite 500<br>Atlanta, GA 30342 |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the  8th  day of  May , 2018.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road         ***/s/ Candis R. Jones***
Atlanta, Georgia 30326              Matthew G. Moffett
Telephone:  (404) 870-7436        Georgia State Bar No.:  515323
Facsimile:   (404) 870-1030        Candis R. Jones
E-mail:      mmoffett@grsmb.com   Georgia State Bar No.: 636218
             cjones@grsmb.com     *Attorneys for Black Diamond*