4400.0057

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAOMI DAVIS, Individually and as Administrator of the Estate of Robert Davis, D.D.S., ) ) ) ) Plaintiff, ) ) v. ) ) MARRIOTT INTERNATIONAL INC. ) d/b/a Atlanta Marriott Marquis, ) BLACK DIAMOND BGWB14 INC., ) NATIONAL DENTAL ) ASSOCIATION, COLGATE- ) PALMOLIVE COMPANY, and John ) Does 1-2, ) ) Defendants. ) | Civil Action File No.: 1:18-CV-01732-SCJ |

## DEFENDANTS MARRIOTT INTERNATIONAL, INC.'S AND BLACK DIAMOND BGWB14 INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW Defendants Marriott International Inc. and Black Diamond BGWB14, Inc., pursuant to Federal Rule 7.1, and hereby file their *Certificate of Interested Persons and Corporate Disclosure Statement*, showing this Honorable Court as follows:

(1) the undersigned certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) Naomi Davis;

(b) Marriott International, Inc.;

(c) Black Diamond BGWB14 Inc.;

(d) National Dental Association; and

(e) Colgate-Palmolive Company.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

a) Stacey A. Carroll, Esq.

b) Carroll Law Firm LLC

c) Dennis Mulvihill, Esq.

d) Wright & Schulte

e) Officers, directors and shareholders of Marriott International, Inc.

f) Officers, directors and shareholders of Black Diamond BGWB14 Inc.

g) Officers, directors and shareholders of National Dental Association

h)  Officers, directors and shareholders of Colgate-Palmolive Company

i)  Any other individual or entity with a financial interest in the outcome of the trial.

(3)  The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a)  Stacey A. Carroll, Esq.  (Counsel for Plaintiff);

b)  Dennis Mulvihill, Esq. (Co-Counsel for Plaintiff);

c)  Matthew G. Moffett, Esq. (Lead counsel for Marriott International, Inc.);

b)  Candis R. Jones, Esq. (Co-counsel for Marriott International, Inc.);

c)  James W. Hardee, Esq. (Counsel for National Dental Association)

d)  David A. Olson, Esq. (Counsel for National Dental Association)

e)  Steven J. Kyle, Esq. (Counsel for Colgate-Palmolive Company)

Respectfully submitted this  23rd  day of  May , 2018.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**

| | |
|---|---|
| 1700 Atlanta Plaza | */s/ Candis R. Jones* |
| 950 East Paces Ferry Road | Matthew G. Moffett |
| Atlanta, Georgia 30326 | Georgia State Bar No.:  515323 |
| Telephone:  (404) 870-7436 | Candis R. Jones |
| Facsimile:  (404) 870-1030 | Georgia State Bar No.:  636218 |
| Email:    mmoffett@grsmb.com | *Attorneys for Marriott International, Inc.* |
|             cjones@grsmb.com | *and Black Diamond BGWB14 Inc.* |

4400.0057

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NAOMI DAVIS, Individually and as Administrator of the Estate of Robert Davis, D.D.S., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL INC. )<br>d/b/a Atlanta Marriott Marquis, )<br>BLACK DIAMOND BGWB14 INC., )<br>NATIONAL DENTAL )<br>ASSOCIATION, COLGATE- )<br>PALMOLIVE COMPANY, and John )<br>Does 1-2, )<br>)<br>Defendants. ) | Civil Action File No.:<br>1:18-CV-01732-SCJ |

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the foregoing upon all counsel of record by electronic mail and depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Stacey A. Carroll, Esq.
CARROLL LAW FIRM LLC
9040 Roswell Road
Suite 310
Atlanta, GA 30350

| | |
|---|---|
| James W. Hardee, Esq. | Steven J. Kyle, Esq. |
| David A. Olson, Esq. | BOVIS, KYLE & BURCH & MEDLIN |
| FAIN MAJOR & BRENNAN, P.C. | 200 Ashford Center North |
| 100 Glenridge Point Parkway, Suite 500 | Suite 500 |
| Atlanta, GA 30342 | Atlanta, GA 30338-2668 |

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the 23rd day of May , 2018.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**

| | |
|---|---|
| 1700 Atlanta Plaza | ***/s/ Candis R. Jones*** |
| 950 East Paces Ferry Road | Matthew G. Moffett |
| Atlanta, Georgia 30326 | Georgia State Bar No.: 515323 |
| Telephone: (404) 870-7436 | Candis R. Jones |
| Facsimile: (404) 870-1030 | Georgia State Bar No.: 636218 |
| E-mail: mmoffett@grsmb.com | *Attorneys for Marriott International, Inc.* |
| cjones@grsmb.com | *and Black Diamond BGWB14 Inc.* |