UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAOMI DAVIS, Individually and as Administrator of the Estate of Robert Davis, D.D.S., <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL INC. d/b/a Atlanta Marriott Marquis, BLACK DIAMOND BGWB14 INC., NATIONAL DENTAL ASSOCIATION, COLGATE-PALMOLIVE COMPANY, and John Does 1-2, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:18-CV-1732-SCJ |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. No. 14], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the attached form, except as herein modified:

<u>The Court grants the parties' request for an eight month discovery period, to conclude on **January 21, 2019.** As this is twice the time anticipated by the Local Rules for discovery in litigation of this nature and barring extraordinary circumstances, no further extension will be permitted. Any motions for summary judgment or the proposed consolidated pretrial order must be filed on or before **February 20, 2019.** If a motion for summary judgment is filed, the proposed consolidated pretrial order must be filed within 30 days after this Court's ruling thereon. If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Clerk is directed to submit this matter for the Court for consideration.</u>

**IT IS SO ORDERED,** this 1st day of June, 2018.

                                                <u>s/Steve C. Jones               </u>
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE