# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NAOMI DAVIS, individually and as Administrator of the Estate of Robert Davis, DDS | ) ) ) ) | |
| Plaintiff, | ) ) ) ) ) ) | Civil Action File No. 1:18-cv-01732-SCJ |
| v. | ) ) | |
| MARRIOTT INERNATIONAL, INC. d/b/a Atlanta Marriott Marquis, BLACK DIAMOND BGWB14 INC., NATIONAL DENTAL ASSOCIATION, COLGATE-PALMOLIVE COMPANY, and John Does 1-2, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

COMES NOW Stacey A. Carroll, Esq. of Carroll Law Firm LLC, and hereby enters his appearance as counsel for the Plaintiff in the above-styled action. All correspondence and pleadings should be served upon counsel at the address below.

Dated: June 4, 2018.

**CARROLL LAW FIRM LLC**

*/s/Stacey A. Carroll*
Stacey A. Carroll
Georgia Bar No. 112730
4200 Northside Parkway, NW
Building One, Suite 300
Atlanta, GA 30350
Phone: 404-816-4555
Fax: 404-481-2074
stacey@carroll-firm.com

Dennis Mulvihill
Ohio State Bar No. 0063996
23240 Chagrin Blvd., Suite 620
Cleveland, OH 44122
Phone: 216-591-0133
Fax: 216-591-0622
Dmulvihill@yourlegalhelp.com
*Pro Hac Vice Application to be filed*

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

This is to certify that I have this date filed and served the foregoing Notice of Appearance of Counsel for Plaintiff through the Court's EM/ECF filing system which will automatically serve a copy of said pleading upon all counsel of record.

This 4th day of June, 2018.

**CARROLL LAW FIRM LLC**

*/s/Stacey A. Carroll*
Stacey A. Carroll
Georgia Bar No. 112730
4200 Northside Parkway, NW
Building One, Suite 300
Atlanta, GA 30350
Phone: 404-816-4555
Fax: 404-481-2074
stacey@carroll-firm.com
*Attorney for Plaintiff*