GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
ATTORNEYS AT LAW
1700 ATLANTA PLAZA
950 EAST PACES FERRY ROAD
ATLANTA, GEORGIA 30326
(404) 870-7390 (Telephone)
(404) 870-7374 (Facsimile)
mmoffett@grsmb.com (E-mail)

June 5, 2018

Ms. Pamela Wright, Courtroom Deputy Clerk
Honorable Steve C. Jones
1967 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

    Re:   Naomi Davis v. Marriott International, Inc., et al.
             U.S.D.C., N.D. Ga., Civil Action No. 1:18-CV-01732-SCJ

Dear Ms. Wright:

     Pursuant to Local Rule 83.1E(3), regarding leaves of absence for less than 21 days, the undersigned, as lead counsel in the above-referenced matter, respectfully requests that this case not be calendared during the periods set forth below as I will be away from the practice of law during this time.

| | |
|---|---|
| July 27, 2018; | October 5, 2018; |
| August 6-8, 2018; | October 17-19, 2018; and |
| September 17-21, 2018; | October 25-26, 2018. |
| September 24-27, 2018; | |

                           Very truly yours,

                           */s/ Matthew G. Moffett*
                           Matthew G. Moffett
                           Georgia Bar No. 515323

cc:    Counsel of Record, via CM/ECF