# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| NAOMI DAVIS, individually and as Administrator of the Estate of Robert Davis, DDS | ) ) ) ) | |
| Plaintiff, | ) ) ) ) ) ) | Civil Action File No. 1:18-cv-01732-SCJ |
| v. | ) ) | |
| MARRIOTT INERNATIONAL, INC. d/b/a Atlanta Marriott Marquis, BLACK DIAMOND BGWB14 INC., NATIONAL DENTAL ASSOCIATION, COLGATE-PALMOLIVE COMPANY, and John Does 1-2, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Stacey A. Carroll, Esq. of Carroll Law Firm LLC, and hereby gives notice of his new office address as follows:

Stacey A. Carroll
Carroll Law Firm LLC
4200 Northside Parkway, NW
Building One, Suite 300
Atlanta, GA 30327

All correspondence and pleadings should be served upon counsel at this new address.

Dated: June 25, 2018.

**CARROLL LAW FIRM LLC**

<u>*/s/Stacey A. Carroll*</u>
Stacey A. Carroll
Georgia Bar No. 112730
4200 Northside Parkway, NW
Building One, Suite 300
Atlanta, GA 30327
Phone: 404-816-4555
Fax: 404-481-2074
stacey@carroll-firm.com

Dennis Mulvihill
Ohio State Bar No. 0063996
23240 Chagrin Blvd., Suite 620
Cleveland, OH 44122
Phone: 216-591-0133
Fax: 216-591-0622
Dmulvihill@yourlegalhelp.com
*Pro Hac Vice Application to be filed*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that I have this date filed and served the foregoing Notice of Appearance of Counsel for Plaintiff through the Court's EM/ECF filing system which will automatically serve a copy of said pleading upon all counsel of record.

This 25th day of June, 2018.

        **CARROLL LAW FIRM LLC**

        */s/Stacey A. Carroll*
        Stacey A. Carroll
        Georgia Bar No. 112730
        4200 Northside Parkway, NW
        Building One, Suite 300
        Atlanta, GA 30327
        Phone: 404-816-4555
        Fax: 404-481-2074
        stacey@carroll-firm.com
        *Attorney for Plaintiff*