# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **NAOMI DAVIS, ET AL,** ) | |
| Plaintiff ) | 1:18-CV-01732-SCJ |
| v. ) | |
| **MARRIOTT INTERNATIONAL, ET AL ,** ) ) | |
| Defendant ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner Dennis Mulvihill** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This __28th__ day of ___June___, 20_18_.

                                                   ___s/Steve C. Jones_____
                                                   UNITED STATES DISTRICT JUDGE